1  McGREGOR W. SCOTT
   United States Attorney
2  BENJAMIN B. WAGNER
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

FILED
APR 10 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. |
|---|---|---|
| Plaintiff, | ) | [TO BE UNDER SEAL] |
| v. | ) | 2:07-MJ-0110 DAD |
| [SEALED] | ) | |
| Defendants. | ) | |

SEALING ORDER

Upon motion of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Complaint and Arrest Warrants in the above-captioned matter be and is hereby ordered sealed until the first arrest of a defendant named in the Complaint or until further order of this Court.

DATED: April 10, 2007

_Dale A. Drozd_
HON. DALE A. DROZD
U.S. Magistrate Court Judge