L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
ROMAN KARELOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-07-048 WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | CONTINUING THE STATUS |
| v. | ) | CONFERENCE FROM |
| | ) | MAY 29, 2007  TO |
| ROMAN KARELOV, et.al., | ) | JULY 9, 2007 AT 8:30 A.M. |
| | ) | |
| Defendants. | ) | |

The defendants, Roman Karelov and Oleg V. Umarov, and Radik E. Nizamov and the United States, by and through their respective attorneys, hereby stipulate that the status conference currently set for May 29, 2007 should be continued to July 9, 2007 at 8:30 a.m.  The reason for the continuance is that one defense attorney will be in trial from May 25, 2007 to June 15, 2007 and the defense has not yet received the discovery in this case and will need to review the discovery in order to advise the Court how much additional time will be required to prepare this case for trial. The government has advised that the discovery will be quite extensive and complex and that it should be produced prior to the Memorial Day weekend.

The defense also requests that the Court exclude the time from the date that this Order is signed to July 9, 2007 from the Speedy Trial Act calculation pursuant to Local Code T4 for defense preparation. The government agrees that the time should be excluded.  Ben Wagner, the attorney for the United States, and Donald P. Dorfman, the attorney for Oleg Umarov, and Michael Long, the attorney for Radik Nizamov,  have authorized Bruce Locke to sign this Stipulation and Order for them.

1

1

2  DATED: May 24, 2007                                /S/ Bruce Locke
                                                    L. BRUCE LOCKE
3                                                   Attorney for ROMAN KARELOV

4
    DATED: May 24, 2007                         /S/ Donald P. Dorman by Bruce Locke
5                                               DONALD P. DORFMAN
                                                Attorney for OLEG UMAROV
6

7  DATED: May 24, 2007                          /S/ Micheal Long by Bruce Locke
                                                MICHAEL LONG
8                                               Attorney for Rakid Nizamov

9
    DATED:  May 24, 2007                        /S/ Ben Wagner by Bruce Locke
10                                              BEN WAGNER
                                                Attorney for the UNITED STATES
11

12
           IT IS SO ORDERED.
13

14  DATED:  May 25, 2007

15
                                    [signature: William B. Shubb]
16                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

29                                          2